A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 02, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP -2 PM 4:52

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 18, 2010

FILED
CLERK'S OFFICE

IN RE: DIRECTECH SOUTHWEST, INC.,
FAIR LABOR STANDARDS ACT (FLSA)
LITIGATION

MDL No. 1984

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On October 8, 2008, the Panel transferred two civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 581 F.Supp.2d 1370 (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Martin L.C. Feldman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Feldman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 8, 2008, and, with the consent of that court, assigned to the Honorable Martin L.C. Feldman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 02, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
Sep 07 2010

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

___Fee _____
___Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: DIRECTECH SOUTHWEST, INC.,
FAIR LABOR STANDARDS ACT (FLSA)
LITIGATION  MDL No. 1984

### SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.F/1 |
|---|---|---|
| **MICHIGAN EASTERN** | | |
| MIE  2  08-12136 | Thomas Stephan, et al. v. Michigan MicroTech, Inc., et al. | 10-2933 |
| **OHIO SOUTHERN** | | |
| OHS  1  07-802 | Mourad K. Laichev, et al. v. JBM, Inc., et al. | 10-2938 |
| OHS  1  08-642 | Christopher Davis v. JBM, Inc., et al. | 10-2939 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>Barbara S. Jones<br>United States District Court<br>Southern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 2, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1984 -- IN RE: DirecTech Southwest, Inc., Fair Labor Standards Act (FLSA) Litigation

(See Attached CTO-2)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 18, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Tarrell L. Littleton*
Tarrell L. Littleton
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Martin L.C. Feldman

JPML Form 36A

IN RE: DIRECTECH SOUTHWEST, INC.,
FAIR LABOR STANDARDS ACT (FLSA)
LITIGATION

MDL No. 1984

## PANEL SERVICE LIST (CTO-2)

P Douglas Barr
STOLL KEENON & OGDEN PLLC
300 W. Vine Street
Suite 2100
Lexington, KY 40507
**douglas.barr@skofirm.com**

Philip Bohrer
BOHRER LAW FIRM LLC
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809
**phil@bohrerlaw.com**

Dan S. Getman
GETMAN & SWEENEY PLLC
9 Paradies Lane
New Paltz, NY 12561
**dgetman@getmanlaw.com**

Meghan E. Hill
SQUIRE SANDERS & DEMPSEY LLP
2000 Huntington Center
41 S. High Street
Columbus, OH 43215
**amehill@ssd.com**

Scott A. Kane
SQUIRE SANDERS & DEMPSEY LLP
221 E. Fourth Street
Suite 2900
Cincinnati, OH 45202
**skane@ssd.com**

Jill S. Kirila
SQUIRE SANDERS & DEMPSEY LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
**jkirila@ssd.com**

Kip K. Lamb
LAMB LAW FIRM
550 Fannin
Suite 1330
Beaumont, TX 77701
**klamb@lamblawfirm.com**

James P. Langendorf
LANGENDORF LAW OFFICE
2 North Main Street
Suite 408
P.O. Box 609
Middletown, OH 45042
**jamesplang@aol.com**

Todd R. Mendel
BARRIS SOTT ET AL
211 W. Fort Street
Suite 1500
Detroit, MI 48226-3281
**tmendel@bsdd.com**

Gregory A. Ruehlmann
SQUIRE SANDERS & DEMPSEY LLP
312 Walnut Street
Suite 3500
Cincinnati, OH 45202
**gruehlmann@ssd.com**

Jeffrey J. Wedel
SQUIRE SANDERS & DEMPSEY LLP
127 Public Square
Cleveland, OH 44114-1304
**jwedel@ssd.com**

IN RE: DIRECTECH SOUTHWEST, INC.,
FAIR LABOR STANDARDS ACT (FLSA)
LITIGATION                                           MDL No. 1984

## INVOLVED CLERKS LIST (CTO-2)

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202